# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### (CENTRAL DIVISION)

**ANGEL K. BETTIN and JESSE BETTIN,**

      Civil No. 3:14-cv-3067

  **Plaintiffs,**

vs.

*COMPLAINT AND JURY*
*DEMAND*

**DAVID W. BECK, M.D. and**
**NEUROSURGERY OF NORTH IOWA,**
**P.C.,**

  **Defendants.**

COME NOW, the plaintiffs and for their complaint state as follows:

## DIVISION I—PARTIES AND JURISDICTION

1. Plaintiff Angel Bettin is a resident and citizen of the State of Minnesota.

2. Plaintiff Jesse Bettin is a resident and citizen of the State of Minnesota.

3. Defendant David W. Beck, M.D. is a resident and citizen of the State of Iowa.

4. Defendant Neurosurgery of North Iowa, P.C. is an Iowa corporation with its principal place of business in the State of Iowa and is therefore a citizen of the State of Iowa.

5. This cause of action arose in Cerro Gordo County, Iowa.

6. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## DIVISION II—NEGLIGENCE

7. At all times material hereto David W. Beck, M.D. was employed by defendant Neurosurgery of North Iowa, P.C. and was acting in the scope of his employment.

8. At all times material hereto defendant Beck was a physician licensed pursuant to the laws of the state of Iowa to provide medical care to patients and did provide such care to plaintiff Angel Bettin.

9. On or about October 16, 2012 defendant Beck performed what is described in his operative report as a "C5-6 anterior discectomy, decompression, and fusion with allograft and internal fixation using Zephyr [sic] plate and screws".

10. Subsequent diagnostic studies revealed a non-union of the C5-6 fusion.

11. Defendant Beck was negligent in the following particulars:

    a. In performing the wrong surgery;

    b. In performing the surgery incorrectly; and,

    c. In inappropriately managing the post-operative and rehabilitative care of plaintiff Angel Bettin.

12. The negligence of defendant Beck was a proximate cause of plaintiff Angel Bettin suffering injury to her body causing her to incur past and future medical and rehabilitation expense; causing her to experience past and future pain and suffering; causing her to experience past and future loss of full mind and body; and, causing her to suffer a loss of earning capacity.

13. The negligence of defendant Beck was a further proximate cause of plaintiff Jesse Bettin suffering a loss of consortium.

14. Defendant Neurosurgery of North Iowa, P.C. is vicariously responsible for the negligence of defendant Beck.

15. Plaintiffs demand a jury trial of the issues in this case.

SLATER AND NORRIS, P.L.C.

Thomas P. Slater, AT0007248
5070 Grand Ridge Drive
West Des Moines, Iowa 50265
Telephone:    (515) 221-0918
Facsimile:    (515) 226-1270
E-mail: _tomslater@slaterlaw.net_

ATTORNEY FOR PLAINTIFF